AO 91 (Rev. 11/11) Criminal Complaint　　　　　　　　　　　　　AUSA Matthew L. Kutcher (312) 469-6132

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | CASE NUMBER: | **FILED** AUG 13 2019 EW THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT |
| ROBERT SPEED, SHIRLEY SPEED, and ROBERT SPEED, JR. | UNDER SEAL | 19 CR 646 MAGISTRATE JUDGE COX |

### CRIMINAL COMPLAINT

I, JEREMY BAUER, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on or about July 26, 2019, and continuing until on or about July 31, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendants violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 1201(c) | conspiracy to unlawfully seize, confine, kidnap, abduct, and carry away and hold, for their own benefit and purpose, Victim A, and to willfully transport Victim A, and travel in interstate commerce and use a facility in interstate commerce, in committing and in furtherance of the commission of the offense. |

This criminal complaint is based upon these facts:

　X　Continued on the attached sheet.

_____
Jeremy Bauer
Special Agent
Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: August 13, 2019

_____
*Judge's signature*

City and state: Chicago, Illinois

Susan E. Cox, U.S. Magistrate Judge
*Printed name and Title*

| | |
|---|---|
| UNITED STATES DISTRICT COURT | Ss |
| NORTHERN DISTRICT OF ILLINOIS | |

## AFFIDAVIT

I, JEREMY BAUER, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed since September 2015. My current responsibilities include the investigation of violent crimes, including, among others, kidnapping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that ROBERT SPEED, ROBERT SPEED, JR., and SHIRLEY SPEED conspired to unlawfully seize, confine, kidnap, abduct and carry away and hold Victim A, for their own benefit and purpose, and to transport Victim A, and travel, in interstate commerce, and use a facility of interstate commerce, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(c).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging ROBERT SPEED, ROBERT SPEED, JR., and SHIRLEY SPEED with conspiracy to commit kidnapping, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendants committed the offense alleged.

4. The statements in this affidavit are based on my personal knowledge, physical evidence that I have reviewed, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

I. FACTS ESTABLISHING PROBABLE CAUSE

5. In summary, and as set forth further below, beginning on or about July 26, 2019, and continuing until July 31, 2019, Victim A was kidnapped and beaten repeatedly by defendants. Victim A was first taken by ROBERT SPEED from Illinois to SPEED's residence in Gary, Indiana ("Subject Location 1") and held there for two days by ROBERT SPEED, SHIRLEY SPEED, and ROBERT SPEED, JR. During that time, Victim A was assaulted by ROBERT SPEED. On or about July 28, 2019, ROBERT SPEED took Victim A to a residence in Chicago, Illinois ("Subject Location 2"), where again Victim A was held and assaulted by ROBERT SPEED and SHIRLEY SPEED. Victim A attempted to call for help using ROBERT SPEED, JR.'s phone, and ROBERT SPEED contacted Victim A's mother to inform her that her child (Victim A) would be killed. While inside Subject Location 2, ROBERT SPEED JR. prevented Victim A from leaving. On or about July 30, 2019, ROBERT SPEED and SHIRLEY SPEED took Victim A to a Travelodge in South Holland, Illinois, where Victim A was held against his/her will by ROBERT SPEED and SHIRLEY SPEED. At the Travelodge, relatives of ROBERT SPEED persuaded ROBERT SPEED to release Victim A, who went to a hospital and was treated for serious injuries consistent with Victim A's report of multiple assaults by defendants.

A.   **ROBERT SPEED Drove Victim A to Gary, Indiana**

6.   According to Victim A,[1] Victim A and ROBERT SPEED had been in engaged a romantic relationship beginning in or around June 2019 and continuing through approximately July 26, 2019.[2] During that relationship, ROBERT SPEED regularly physically abused Victim A. In an interview with law enforcement, Victim A identified a Chicago Police Department booking photograph of ROBERT SPEED as the person with whom s/he was romantically involved and who physically abused him/her.

7.   According to Victim A, on or about July 25, 2019, Victim A and Victim A's daughter were with ROBERT SPEED at ROBERT SPEED's home in Gary, Indiana. At approximately 1:00 a.m. on July 26, 2019, Victim A and her/his daughter fled ROBERT SPEED's home in a white Chevrolet Impala SX that Victim A believed belonged to ROBERT SPEED. Victim A drove Victim A and Victim A's daughter in that vehicle to her/his aunt's home in Gary, Indiana. Shortly thereafter, Victim A's

---

[1] This affidavit is based in part on information provided by Victim A on July 31, 2019, August 6, 2019, August 7, 2019 and August 8, 2019. That information was provided by Victim A soon after being assaulted by ROBERT SPEED, SHIRLEY SPEED, ROBERT SPEED, JR. and Individual B, as described in more detail in this Affidavit. Given the nature of her injuries, Victim A has not been subjected to a full debrief by the FBI. Accordingly, these facts may be more fully developed after Victim A has been fully debriefed. In addition, according to Victim A's mother, Victim A suffers from bipolar disorder and has an intellectual disability. According to criminal history records, Victim A was subject to a protective order filed against Victim A in or about August 2017, which expired April 25, 2019. Victim A's information has proven reliable because it has been corroborated by phone records, hotel records and hospital records as set forth in this affidavit.

[2] According to information from Victim A's cell phone, between July 1, 2019 and July 26, 2019, there were multiple calls between Victim A's cell phone and ROBERT SPEED's phone, Subject Phone 1. The contact list in Victim A's phone lists Subject Phone 1 as "ROBERT DESHAWN SPEED."

3

mother picked up Victim A and Victim A's daughter from Victim's A's aunt's home in Gary, Indiana and the three drove to Victim A's mother's home in Chicago, Illinois.

8. At approximately 8:00 a.m. on July 26, 2019, Victim A and his/her mother drove to Subject Location 1 to attempt to retrieve an asthma machine belonging to Victim A's daughter that Victim A had left behind in Subject Location 1. According to a review of Victim A's cell phone, at approximately 8:20 a.m. a call was placed to 9-1-1 emergency services. Victim A, Victim A's mother and Gary Police Department officers attempted to contact ROBERT SPEED by going to Subject Location 1, but were unsuccessful. Victim A and Victim A's mother then returned to their home in Chicago, Illinois.

9. In the early afternoon of July 26, 2019, according to Victim A, s/he again communicated with ROBERT SPEED over the phone and said that s/he no longer wanted to be in a relationship with him because s/he was "tired" of the physical abuse. A short time later, Victim A again communicated with ROBERT SPEED using the Apple FaceTime communication application on his/her cell phone.[3] During that conversation, Victim A stated that ROBERT SPEED persuaded Victim A to go with ROBERT SPEED to Subject Location 1 to collect Victim A's belongings.

10. According to Victim A, at approximately 4:00 p.m. on July 26, 2019, ROBERT SPEED picked up Victim A a few blocks from his/her home in Chicago,

---

[3] A review of Victim A's cell phone shows that text messages and other information was deleted from Victim A's phone at an unknown time. An investigation into those deletions is ongoing.

4

Illinois. Individual B, who Victim A describes as ROBERT SPEED's "fake niece," was in the vehicle with ROBERT SPEED.

11. According to Victim A's mother, between approximately 3:45 to 4:00 p.m. on July 26, 2019, Victim A's mother noticed that Victim A was not at the home where Victim A and his/her mother live together. Victim A's mother drove her car a few blocks from their home and saw Victim A getting into a black GMC Yukon that Victim A's mother knew was used by ROBERT SPEED. Victim A's mother saw the person that Victim A had previously identified to her as ROBERT SPEED in the driver's seat. Victim A's mother attempted to convince Victim A not to go with ROBERT SPEED but she was unsuccessful. Victim A's mother also recognized Individual B in the vehicle.

12. According to Victim A, when ROBERT SPEED picked her/him up, two of ROBERT SPEED's minor children and Individual B were in the vehicle with ROBERT SPEED. ROBERT SPEED dropped Individual B and the two minor children at their mother's residence in the Chicagoland area and then took Victim A to a location in Streamwood, Illinois, for approximately two hours. ROBERT SPEED then drove Victim A to pick up ROBERT SPEED's two minor children and Individual B from the children's mother's home in the Chicagoland area and ROBERT SPEED then drove Victim A and the others to Subject Location 1 in Gary, Indiana. According to Victim A, when they arrived, a person Victim A knew as ROBERT SPEED's son, whom Victim A knew was ROBERT SPEED, JR., was at Subject Location 1. During a subsequent interview with law enforcement, Victim A identified a Illinois Secretary

5

of State photograph of ROBERT SPEED, JR., as the person Victim A knew to be ROBERT SPEED's son and who was present at Subject Location 1.

### B. Victim A is Confined and Assaulted at Subject Location 1

13. According to Victim A, within approximately ten minutes of arriving at Subject Location 1, ROBERT SPEED confiscated Victim A's cell phone and began beating Victim A. The beatings included punches to the head and face; open handed slaps to the face; choking with hands, clothing, a belt and an electrical cord; kicks to the head, torso and lower body; and knee strikes to the head and chest. During the assault, ROBERT SPEED also hit Victim A with a crutch and a piece of wood from furniture. ROBERT SPEED also cut off Victim A's clothing, choked her/him with it, and forced Victim A to wear ROBERT SPEED's clothing. According to Victim A, ROBERT SPEED beat Victim A at Subject Location 1 multiple times between July 26, 2019, and July 28, 2019. Victim A also stated that at some point during the time that Victim A was held at Subject Location 1, Individual B participated in ROBERT SPEED's assault of Victim A by kicking Victim A when Victim A was laying on the floor.

14. According to Victim A, at some point on July 26, 2019 or July 27, 2019, ROBERT SPEED left Subject Location 1.[4] Prior to ROBERT SPEED leaving Subject Location 1, Victim A heard ROBERT SPEED instruct Individual B and ROBERT

---

[4] The only location information recovered from Victim A's cell phone during the period of July 26, 2019 and July 31, 2019, shows that between 12:57 p.m. and 1:31 p.m. on July 27, 2019, Victim A's phone was located at or near Subject Location 2. According to Victim A, ROBERT SPEED was in possession of Victim A's cell phone at that time.

6

SPEED JR., to not let Victim A leave Subject Location 1. As a result of hearing this and due to her/his injuries from the assaults, Victim A did not attempt to leave Subject Location 1.

15. According to Victim A, when ROBERT SPEED returned to Subject Location 1 some time later, he was accompanied by a person Victim A knew to be ROBERT SPEED's niece, SHIRLEY SPEED. In a subsequent interview with law enforcement, Victim A identified a Chicago Police Department booking photograph of SHIRLEY SPEED as the person Victim A knew to be ROBERT SPEED's niece SHIRLEY SPEED, and who arrived at Subject Location 1.

### C. Defendants Transport Victim A to Chicago, Illinois where Victim A is Confined and Assaulted

16. According to Victim A, on or about July 28, 2019, SHIRLEY SPEED transported Victim A, along with ROBERT SPEED, Individual B and ROBERT SPEED, JR. from Subject Location 1 to a home on S. Greenwood Avenue near 79th Street in Chicago, Illinois ("Subject Location 2"), which Victim A believed to be the home of SHIRLEY SPEED. According to open source reporting, Subject Location 2 is listed as the subscriber address for a T-Mobile telephone with number subscribed to SHIRLEY SPEED. According to Victim A, at Subject Location 2, ROBERT SPEED continued to assault Victim A by punching, kicking and choking Victim A. During at least one of the assaults, SHIRLEY SPEED kicked Victim A.

17. According to information obtained from a law enforcement license plate reader database, on or about July 29, 2019, at approximately 5:54 a.m., ROBERT

SPEED's black GMC Yukon was parked outside of 7836 S. Greenwood Avenue in Chicago, which is near Subject Location 2.

18.     According to Victim A, on or about July 29, 2019, ROBERT SPEED left Subject Location 2. During the time that ROBERT SPEED was away, SHIRLEY SPEED, ROBERT SPEED, JR. and Individual B blocked the front door of the apartment with furniture so Victim A could not leave and closed all of the window blinds. For part of the time, Victim A was locked in a bedroom.

19.     According to Victim A, while Victim A was at Subject Location 2, ROBERT SPEED forced her/him to make telephone calls, using SHIRLEY SPEED's cell phone, to call the Department of Child and Family Services to retract a complaint of abuse which Victim A had previously made about ROBERT SPEED. According to Victim A, while ROBERT SPEED was away from Subject Location 2, Victim A told ROBERT SPEED, JR., that s/he needed to call the Department of Children and Family Services to follow up on her/his previous call and that SHIRLEY SPEED's phone had lost power. ROBERT SPEED, JR. provided Victim A with his cell phone, which is Subject Phone 2. Victim A used Subject Phone 2 to make a telephone call to Victim A's mother. During that call, Victim A, using Subject Phone 2, alerted Victim A's mother that Victim A was not okay and needed help. Victim A further told his/her mother that Victim A was being held at a house near 79th Street and S. Greenwood Avenue in Chicago. According to phone logs from Victim A's mother's phone, on or about July 29, 2019, at approximately 11:31 a.m., Victim A's mother's phone received

Case: 1:19-cr-00646 Document #: 1 Filed: 08/13/19 Page 10 of 16 PageID #:1

a call from Subject Phone 2. That call lasted approximately five minutes and 27 seconds.

20. According to Victim A, Victim A also sent his/her mother a text message from Subject Phone 2 to provide Victim A's mother directions to where s/he was being held. According to data retrieved from Victim A's mother's phone and Victim A's mother, at approximately 4:13 p.m., Victim A's mother received a text message from Subject Phone 2 that stated: "Hurry up make a left on green wood 2 flat gray building I'm on the second floor call scooba he talm bout killing us all hurry please I'm begging u." The description sent by Victim A of a two-flat building on Greenwood Avenue is consistent with the structure and location of Subject Location 2. At approximately 4:14 p.m., Victim A's mother received another text message from Subject Phone 2, which stated: "Don't text this phone please." According to Victim A, shortly after Victim A sent these text messages, Individual B and/or ROBERT SPEED, JR. took Subject Phone 2 away from Victim A.

21. At approximately 4:29 p.m., according to Victim A's mother and a review of text messages on Victim A's mother's phone, Victim A's mother sent a text message to Subject Phone 2 that stated, "Bb can you talk is it the grey building." At approximately 4:31 p.m., Victim A's mother's phone received a call from Subject Phone 2 that lasted approximately 19 seconds. At approximately 4:32 p.m., Victim A's mother's phone received a text message from Subject Phone 2 that stated: "Who Is Dis." According to Victim A, ROBERT SPEED, JR., sent that text message after Victim A would not tell him who Victim A had contacted. Victim A then told ROBERT

9

SPEED, JR. that Victim A had contacted Victim A's mother to check on Victim A's child. According to Victim A, his/her mother, and a review of Victim A's mother's phone, the above message was the last communication between Victim A's mother's phone and Subject Phone 2.

22. According to Victim A, soon after making the phone call and sending the texts from Subject Phone 2 described in the preceding paragraph, Victim A heard ROBERT SPEED, JR. speaking by phone to ROBERT SPEED and alerting ROBERT SPEED that Victim A had been using Subject Phone 2. A short time later, ROBERT SPEED returned to Subject Location 2 through the back door. ROBERT SPEED became angry and beat Victim A by punching Victim A in Victim A's face, kicked Victim A and choked Victim A until Victim A could not breathe. At that time, SHIRLEY SPEED walked over and kicked Victim A.

23. According to Victim A's mother, on or about July 29, 2019, Victim A's mother called ROBERT SPEED's phone ("Subject Phone 1") and spoke with ROBERT SPEED.[5] During that call, Victim A's mother asked that ROBERT SPEED return Victim A and ROBERT SPEED stated, "I'm killing this ho" and "You ain't getting your [son/daughter] back." According to a review of Victim A's mother's phone call log and toll records for Subject Phone 1, at approximately 6:00 p.m. on July 29, 2019, Victim A's mother's placed an outgoing call to Subject Phone 1. That call lasted approximately 26 seconds.

---

[5] According to information received from AT&T, Subject Phone 1 is subscribed to ROBERT SPEED at Subject Location 1. Subject Phone 1 has been subscribed to ROBERT SPEED since on or about June 6, 2019 and was still active as of August 8, 2019.

### D. Victim A is Transported to the South Holland Travelodge, Where Victim A is Again Confined

24. According to Victim A, on or about July 30, 2019, ROBERT SPEED, SHIRLEY SPEED, ROBERT SPEED, JR. and Individual B transported Victim A from Subject Location 2 to the Travelodge Hotel in South Holland, Illinois. According to Victim A, ROBERT SPEED gave SHIRLEY SPEED cash to pay for the hotel room and SHIRLEY SPEED registered and paid cash for the hotel room. According to Travelodge hotel records, SHIRLEY SPEED checked into the hotel on July 30, 2019 at approximately 3:10 p.m. and paid $56 cash for one night. SHIRLEY SPEED provided her Illinois driver's license and signed a hotel registration form. As discussed in more detail below, Travelodge security video from the South Holland Travelodge shows SHIRLEY SPEED checking in at approximately 3:10 p.m.

25. According to Victim A, at the hotel, while they were walking to the room, ROBERT SPEED told Victim A, "you try anything and I'm going to kill you." According to Victim A, once they were all in the hotel room, SHIRLEY SPEED and Individual B removed the hotel phone from the room.

26. According to Victim A, in the evening of July 30, 2019, ROBERT SPEED's two sisters (Individual C and Individual D) and aunt (Individual E) arrived at the hotel. Individual C said that she could not look at Victim A because she had been beaten so badly. Individual D told ROBERT SPEED to release Victim A because ROBERT SPEED had kidnapped Victim A and ROBERT SPEED could face criminal

11

charges. ROBERT SPEED refused to release Victim A. Individual C, Individual D and Individual E left the hotel.[6]

27. According to Victim A, in the morning of July 31, 2019, Individual D arrived at the hotel and demanded that ROBERT SPEED release Victim A or Individual D would call an ambulance. Shortly after, ROBERT SPEED brought Victim A out of the hotel room and, as they approached the hotel stairs, Victim A asked for his/her cellphone back and ROBERT SPEED gave Victim A his/her cellphone back. ROBERT SPEED then took Victim A inside his GMC Yukon and apologized to Victim A.

28. According to Victim A, Individual D then took Victim A away from ROBERT SPEED and drove Victim A in another vehicle first to St. Francis Hospital, located in Chicago, Illinois. While at St. Francis Hospital, Victim A asked Individual D if Individual D could take Victim A to a hospital closer to Victim A's home. Individual D agreed and transported Victim A to Holy Cross Hospital on W. 68th Street in Chicago.

E. **Travelodge Security Video**

29. Travelodge hotel security video from the South Holland Travelodge shows a person resembling Illinois Secretary of State and Chicago Police Department booking photographs of SHIRLEY SPEED checking into the hotel with Individual B

---

[6] According to information obtained from a law enforcement license plate reader database, on or about July 30, 2019 at approximately 7:20 p.m., the GMC Yukon was located near 95th Street and Stony Island Avenue in Chicago, Illinois.

at approximately 3:11 p.m. on July 30, 2019.[7] The Travelodge hotel video then shows SHIRLEY SPEED and Individual B walk toward a dark-colored SUV, which appears to be a GMC Yukon. The video shows the Yukon then drive to a different part of the hotel parking lot. Four people exited the Yukon and walked toward the hotel. The video shows SHIRLEY SPEED and an individual appearing to resemble a Chicago Police Department booking photograph of ROBERT SPEED walk with Victim A up the hotel stairs and look for their room. Victim A is wearing sunglasses, a scarf over his/her head, and an oversized t-shirt. ROBERT SPEED is carrying what appear to be several electrical cords in his left hand as he walks next to Victim A.

30. South Holland Travelodge hotel security video from July 31, 2019, shows SHIRLEY SPEED and Individual B walk to the hotel lobby at approximately 11:00 a.m. Shortly thereafter, the surveillance video shows ROBERT SPEED and Victim A walk toward the stairs, and ROBERT SPEED hand Victim A a black object that appears to be a cellphone. The security video then shows two individuals, who appear to be ROBERT SPEED and Victim A, walk towards the dark-colored SUV, which is parked next to a silver sedan. At approximately the same time, the security video shows SHIRLEY SPEED and Individual B check out of the hotel. Travelodge records indicate that SHIRLEY SPEED checked out of the hotel at approximately 11:11 a.m. Travelodge security video shows SHIRLEY SPEED then walk back and stand next to

---

[7] Based on a review of the Travelodge security video footage at time it was collected, the Travelodge video time stamp appears to be two hours and approximately six minutes slow. The times used in this affidavit for events at the Travelodge are based on my calculation of the actual time the video was recorded, information from the Travelodge hotel manager and Travelodge records.

the driver's side door of the silver sedan. SHIRLEY SPEED and Individual B appear to then get into the Yukon, which departs the hotel.

### F. Medical Records

31. According to Victim A and medical records provided by Holy Cross Hospital, Victim A was seen in the emergency room on or about July 31, 2019, at approximately 12:48 p.m. According to the Holy Cross Hospital medical records, Victim A told the doctors that she had been "beaten multiple times with electrical cord, sticks, [to the] face." Victim A identified her/his "boyfriend" and "two nieces" as the perpetrators of the assault. Holy Cross Hospital medical records indicate that "there is multiple ligature, electrical cord marks to [Victim A's] neck, multiple of bruising to the neck ... bruises to anterior chest wall, there is also an abrasion under the right breast ... bruises to right anterior tib-fib, finger. Mark to left anterior thigh, bruises left knee, abrasions to left and right shoulders." A CT scan of Victim A's neck showed "subcutaneous soft tissue swelling/bruising." Victim A was discharged from Holy Cross Hospital on or about July 31, 2019 at approximately 5:30 p.m.

### CONCLUSION

32. Based on the information set forth in this affidavit, there is probable cause to believe that ROBERT SPEED, SHIRLEY SPEED and ROBERT SPEED, JR., and others known and unknown, conspired to unlawfully seize, confine, kidnap, abduct and carry away and hold Victim A, for their own benefit and purpose, and to transport Victim A, and travel, in interstate commerce, and use a facility of interstate

commerce, in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(c).

FURTHER AFFIANT SAYETH NOT.

_____
JEREMY BAUER
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on August 13, 2019.

_____
Susan E. Cox
United States Magistrate Judge